### EDDIE BROWN V. THE STATE.

No. 19960.  Delivered November 30, 1939.
Rehearing Denied January 25, 1939.

The opinion states the case.

*Wm. McMurrey,* of Cold Springs, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—The appellant was convicted of theft, and his punishment fixed at two years' confinement in the penitentiary.

This is one of four cases from the same county, the appeal in all the cases being based upon an alleged discrimination against the appellant in that his race, which was that of a negro, had been discriminated against by an exclusion of the members of such race from the grand and petit juries in said county; and because of the fact that the grand jury that indicted appellant, and the petit jury that convicted him, had presented for service thereon no person of the negro race.

The statement of facts is the same, and the points raised in the motions are carbon copies of the one in cause No. 19959, Walter Ryan v. State, (page 140 of this volume), this day affirmed in an opinion by Judge Christian, and in accord with that opinion this judgment is affirmed.

ON MOTION FOR REHEARING.

KRUEGER, JUDGE.—Appellant, in his motion for a rehearing, insists that we erred in our original opinion in holding that the trial court did not err in overruling his motion to quash the indictment on the grounds that the negro race was discriminated against.

We have again carefully reviewed the record in the light of appellant's motion and remain of the opinion that the case was properly decided on original submission. See also Mitchell v. State, 105 S. W. (2d), 246.

The motion for a rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.